IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RYAN SCOTT BURKHARDT, # 0574630,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 16-536-WS-C |
| **MOBILE COUNTY SHERIFF'S OFFICE,** : *et al.*, | |
| : | |
| **Defendants.** | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 31st day of January, 2017.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**